# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

20 MJ 00182

| | |
|---|---|
| UNITED STATES OF AMERICA V. **PLAINTIFF** | CASE NUMBER: *19 Crim 463* |
| USMS# *Emiliano Bomba* **DEFENDANT** | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

FILED
2020 JAN 14 AM 8:53
CLERK U.S. DISTRICT... CENTRAL DIST. OF... LOS ANGELES...

1. Date and time of arrest: *1/13/2020* *10:06* ☐ AM ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:

   *Money Laundering 18 usc 1956, 1857*

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☑ Yes Language: *Spanish*

7. Year of Birth: *1983*

8. Defendant has retained counsel: ☑ No

   ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: *Devin Thompkins*

10. Remarks (if any): _____

11. Name: *SA Zachary Saunders* (please print)

12. Office Phone Number: *862-849-9883*   13. Agency: *DEA*

14. Signature: *Zachary M. Saunders*   15. Date: *1/14/2020*

CR-64 (05/18)                    **REPORT COMMENCING CRIMINAL ACTION**