```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA               :
                                       :   UNSEALING ORDER
         - v. -                        :
                                       :   S2 19 Cr. 463 (DLC)
EMILIANO BOMBA, et al.                 :
                                       :
                    Defendants.        :
                                       :
- - - - - - - - - - - - - - - - - - - X
```

Upon application of the United States of America, by and through Assistant United States Attorneys Stephanie Lake, Sheb Swett, and Aline Flodr;

It is found that the Indictment S2 19 Cr. 463 (DLC) is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that Indictment S2 19 Cr. 463 (DLC) be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
       July 10, 2020

_____
DENISE COTE
United States District Judge