```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      19Cr463(DLC)
                                         :
            -v-                          :      ORDER
                                         :
EMILIANO BOMBA, BRIAN PARA MACHADO,      :
JOSE BAEZ, ANDY GARIBALDI LOPEZ,         :
BENZION ZIRKIND, and ZALMUN ZIRKIND,     :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 21, 2020, defendant Benzion Zirkind ("Zirkind") was presented and arraigned before the Magistrate Judge.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), time was excluded by the Magistrate Judge until July 29, 2020.  It is hereby

ORDERED that pursuant to 18 U.S.C. § 3161(h)(6) time is excluded until December 7, 2020, since he is joined for trial with Emiliano Bomba, Jose Baez, and Andy Garibaldi Lopez.

IT IS FURTHER ORDERED that trial is scheduled for Bomba, Lopez, Baez, and Zirkind for **December 7, 2020**.  The Government shall file a letter by **July 31** describing the schedule for the production of discovery to Zirkind.  Any defense motions are due **September 4, 2020**; the Government's opposition remains due **September 11, 2020**.

IT IS FURTHER ORDERED that defense counsel for Zirkind shall advise the Court by **July 31, 2020,** whether the defendant

requests a conference with the Court regarding the schedule in this case or any other issue. That letter shall confirm that counsel has advised Zirkind of the December 7, 2020 trial date and the need to request any change of counsel well in advance of December 7 so that replacement counsel is prepared to try this case on December 7.

Dated:    New York, New York
          July 24, 2020

                                    _____
                                              DENISE COTE
                                    United States District Judge