# *Del Valle & Associates*

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.                                                Email: tdvesq@aol.com

Michael J. Sluka                                                         Fax. (212)481-4853
Lawrence D. Minasian
            ___                                                                     ___

Lucas E. Andino                                                          Leticia Silva
William Cerbone                                                          Legal Assistant
Luis N. Colon
Hon. Robert A. Sackett
       of counsel

August 14, 2020

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007
-*VIA ECF*-

                                      Re:    <u>United States v. Emiliano Bomba</u>
                                                  19 Cr. 463 (DLC)

Dear Judge Cote:

      Our office represents Mr. Emiliano Bomba in the above-captioned matter, which has a Trial date set for December 7, 2020.

      I write in response to the Court's order that counsel advise the Court by August 13, 2020 of whether Mr. Bomba intends to proceed to trial.

      Mr. Bomba does not wish to proceed to trial and therefore we are looking to resolve the case short of trial.

      I thank the Court for its attention to this matter.

      Sincerely,

                                                     <u>*/S/Telesforo Del Valle Jr., Esq.*</u>
                                                     Attorney for Emiliano Bomba

cc: AUSA Aline Flodr, Esq.