```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      19cr0463(DLC)
                                         :
             -v-                         :      ORDER
                                         :
EMILIANO BOMBA, BRIAN PARA MACHADO,      :
JOSE BAEZ, ANDY GARIBALDI LOPEZ,         :
BENZION ZIRKIND, ZALMUND ZIRKIND, and    :
DAVID MALEH,                             :
                                         :
                     Defendants.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A jury trial having been scheduled in this case, it is hereby

ORDERED that parties ensure that all trial participants, including witnesses, comply with the Southern District of New York's Fourth Amended Standing Order entitled In re Coronavirus/COVID-19 Pandemic (M-10-468), entered June 12, 2020, and other SDNY COVID-19-related orders that govern entry into and behavior within SDNY courthouses.  These materials may be found at: https://www.nysd.uscourts.gov/covid-19-coronavirus.

IT IS FURTHER ORDERED that parties are responsible for informing themselves of any modifications to SDNY COVID-19-related rules and procedures and adhering to all current rules and procedures for the duration of the trial.

IT IS FURTHER ORDERED that a failure to comply may result in the imposition of sanctions or other appropriate relief in the circumstances.

Dated:   New York, New York
        September 29, 2020

                                              DENISE COTE
                                United States District Judge