# *Del Valle & Associates*

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Email: tdvesq@aol.com

Michael J. Sluka
Lawrence D. Minasian

Fax. (212)481-4853

———

———

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

Leticia Silva
Legal Assistant

January 22, 2021

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York

-Via ECF-

      Re:    USA v. Emiliano Bomba
               19 Cr. 463 (DLC)

Dear Judge Cote,

    Our office represents Mr. Emiliano Bomba in the above captioned matter.

    Mr. Emiliano Bomba respectfully requests permission to work as an Usher at a synagogue. His duties include cleaning and organizing the synagogue before and after the services which are Monday through Friday, from 7:30AM to 9:00AM and again from 4:00PM to 5:30PM. U.S. Pretrial Services and the Government have the details of synagogue.

    Mr. Bomba will strictly adhere to all state and federally mandated COVID-19 protocols while completing this work.

    U.S. Pretrial Services and the Government do not object this request.

    Thank you for your consideration.

               Respectfully submitted,

               S/Telesforo Del Valle Jr.
               Telesforo Del Valle Jr., Esq.
               Attorney for Defendant,
               Emiliano Bomba

Cc.    A.U.S.A. Aline Flodr, Esq
       A.U.S.A. Stephanie Lake, Esq
       A.U.S.A. Sebastian Swett, Esq.
       U.S. Pretrial Services Officer Ashley Cosme