# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.　　　　　　　　　　　　　　　　　　　　　　　　Email: tdvesq@aol.com

Michael J. Sluka　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax. (212)481-4853
Lawrence D. Minasian
　　　　　　　　　　　　　　**MEMO ENDORSED**
___

Lucas E. Andino　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Leticia Silva
William Cerbone　　　　　　　　　　　　　　　　　　　　　　　　　　　　Legal Assistant
Luis N. Colon
Hon. Robert A. Sackett
　　of counsel

　　　　　　　　　　　　　　　　February 22, 2021

The Honorable Denise L. Cote
United States District Judge United States
District Court Southern District of New York
-*Via ECF*-

　　　　　　　　　　　　　　　Re:　USA v. Emiliano Bomba,
　　　　　　　　　　　　　　　　　19 Cr. 463 (DLC)

Dear Judge Cote,

　　Our office represents Mr. Emiliano Bomba in the above captioned matter.

　　Mr. Bomba respectfully requests the temporary return of his Argentinian Passport and Mexican Identification, from 9AM to 4PM on Wednesday, February 24, 2021.

　　Mr. Bomba will need to present these documents at the General Consulate of Mexico in New York, to sign documents authorizing his wife to apply for their minor daughter's passport in Mexico.

　　U.S. Pretrial Services consents to this request. The Government, by way of A.U.S.A. Aline Flodr, consents to this request.

　　Thank you for your consideration.

Granted. SO ORDERED.　　　　　　　　　　　　　Respectfully submitted,
February 22, 2021

　　　　　　　　　　　　　　　　　　　　　　　　/S/Telesforo Del Valle Jr.
_____　　　　　　　Telesforo Del Valle, Jr., Esq.
　　　DENISE COTE　　　　　　　　　　　　　　Attorney for Defendant,
　United States District Judge　　　　　　　　　　Emiliano Bomba

Cc: U.S.P.S. Officer Ashley Cosme
　　A.U.S.A. Aline Flodr, Esq.
　　A.U.S.A. Sebastian Swett, Esq.
　　A.U.S.A. Stephanie Lake, Esq.