# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.                                                                 Email: tdvesq@aol.com

Michael J. Sluka                                                                         Fax. (212)481-4853
Lawrence D. Minasian
_____                                                                                    _____

Lucas E. Andino                                                                          Leticia Silva
William Cerbone                                                                          Legal Assistant
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

                    March 25, 2021      **MEMO ENDORSEMENT**

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
-Via ECF-

                      Re:    <u>USA v. Emiliano Bomba,</u>
                              19 Cr. 463 (DLC)

Dear Judge Cote,

    Our office represents Mr. Emiliano Bomba in the above captioned matter.

    On January 22, 2021, Your Honor granted Mr. Emiliano Bomba a Bail Modification to allow him to work with a specific work schedule.

    Mr. Bomba's work hours depend on daylight savings time changes and religious holidays.

    We respectfully request this bail modification be amended to substitute the work hours with the condition that work hours are subject to U.S. Pretrial Services discretion and approval.

    U.S. Pretrial Services and the Government consent to this amendment.

    Thank you for your consideration.

Granted.                                              Respectfully submitted,
SO ORDERED

                                                   <u>S/Telesforo Del Valle Jr.</u>
March 26, 2021                        Telesforo Del Valle Jr., Esq.
                                                   Attorney for Defendant,
                                                   Emiliano Bomba

_____
        DENISE COTE
   United States District Judge