# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

October 25, 2022

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
-*Via ECF*-

Re:  USA v. Emiliano Bomba,
19 Cr. 463 (DLC)

Dear Judge Cote,

Our office represents Mr. Emiliano Bomba, in the above captioned matter.

Mr. Bomba's is currently in Home Detention, as part of his Bail Conditions.

We respectfully request a Bail Modification to place Mr. Bomba on Curfew.

U.S. Pretrial Services Officer Ashley Cosme, and the Government, by way of A.U.S.A. Sebastian Swett, do not object to this request.

Thank you for your consideration.

So ordered.
/s/ Denise Cote
10/25/22

Sincerely,

*S/Telesforo Del Valle Jr.*
Telesforo Del Valle Jr., Esq.
*DEL VALLE & ASSOCIATES*

Cc:
A.U.S.A. Aline Flodr, Esq.
A.U.S.A. Sebastian Swett, Esq.
SDNY U.S. Pretrial Services