```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :   S2 19cr463-01(DLC)
                                         :
            -v-                          :          ORDER
                                         :
EMILIANO BOMBA,                          :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that a Curcio hearing is scheduled in this matter for January 12, 2023 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
           November 15, 2022

                                            DENISE COTE
                                United States District Judge