# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900
tdvesq@aol.com

September 6, 2023

The Honorable Denise L. Cote
Senior United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312
-*VIA ECF*-

                                          Re:    <u>USA v Emiliano Bomba</u>
                                                      19 Cr. 463 (DLC)

Dear Judge Cote:

Our office represents Mr. Emiliano Bomba in the above-captioned matter.

Mr. Bomba respectfully requests the temporary return of his Argentinian Passport and Mexican Identification, from 9am to 4pm, on Monday, September 11, 2023.

Mr. Bomba will need to present these documents at the General Consulate of Mexico in New York City, in order to be able to sign documents authorizing his wife to renew his minor son's passport in Mexico.

U.S. Pre Trial Services consents to this request. The government, by way of A.U.S.A. Sebastian Swett, consents to this request.

Thank you for your consideration.

Respectfully submitted,
*Telesforo Del Valle Jr.*
Telesforo Del Valle Jr., Esq.
Attorney for Emiliano Bomba,
Defendant

Granted.
[signature]
9/7/23

Cc:    A.U.S.A. Sebastian Swett, Esq.
        A.U.S.A. Aline Flodr, Esq.
        U.S.P.S. Officer Ashley Cosme