UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,

                                                                **ORDER**

                                                                **19-CR-463(DLC)**

            -against-

EMILIANO BOMBA,

                        Defendant.

------------------------------------------------------------X

      On the application of Kenneth J. Kaplan, Attorney for the Defendant Emiliano Bomba, said defendant having been sentenced by this Court, and his bail having been exonerated, it is hereby

      ORDERED, that Pretrial Services provide said defendant with the return of his passport and Mexican permanent residence card.

Dated: New York, NY
       January 16, 2025

                                                        _____
                                                        Denise L. Cote
                                                        United States District Judge

{N0772062.1}