UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

EMILIANO BOMBA,

                Defendant.

------------------------------------------------------------------X

ORDER RELEASING
CASH BAIL

19-CR-463(DLC)

On the Application of Kenneth J. Kaplan, Attorney for Defendant Emiliano Bomba that:

1. Said Defendant was sentenced by this Court on January 16, 2025, and his bail was exonerated by the Court, and

2. A bail receipt was delivered to the Finance Unit of the Clerk's Office for the Southern District of New York by suretor Oscar Ulises Delgadillo Aguirre in the amount of $650,000 on January 16, 2025, and

3. As required by the aforesaid Finance Unit of the Clerk's Office, The suretor submitted the appropriate forms requested by the Finance Unit listing the "payee" as suretor Oscar Ulises Delgadillo Aguirre, and the "amount of principal to be paid" as $650,000; and the "source of moneys for the payment" as "Registry of the Court",

**IT IS HEREBY ORDERED** that the Finance Unit of the Clerk's Office disburse the Registry Funds accordingly.

Dated: New York, NY
        January 17, 2025

_____
Denise L. Cote
United States District Judge

{N0784384.1}